**02–254. State ex rel. AK Steel Corp. v. Jones.**
In Mandamus and Prohibition. This cause originated upon the filing of a complaint in mandamus and prohibition on February 8, 2002. The relator accompanied its complaint with a memorandum in support of the writ as permitted by S.Ct.Prac.R. X(4).

On February 28, 2002, *amici curiae*, Ohio Manufacturers' Association et al., filed a motion for leave to file a memorandum in support of the writ. Whereas the Rules of Practice do not provide for the filing of a memorandum in support of the writ by an *amicus curiae* and whereas the request for leave to file was filed after the time allowed to the relator for filing a memorandum in support of the writ

1496

had passed,

IT IS ORDERED by the court that the motion for leave to file an *amici curiae* memorandum in support of the writ be, and hereby is, denied.